No. 12–7060. HASAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–7064. FUENTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7067. FRANKLIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7070. SHOUPE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7077. FIGUEROA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7078. GUTIERREZ-PINEDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7079. FULTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7080. HILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7082. FINLEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7083. HOPKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7084. RILEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–7086. JENSEN *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 12–7087. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7088. ANAYA, AKA ANAYA-GRANILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7089. CHAVEZ-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7090. MONTEJO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.